
AG/AG

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

**FILED**
DEC 0 5 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Reinaldo Cabello Acuna
Plaintiff/Petitioner

19 CV 660 CVE - FHM

vs.

Case Number: _____
(To be supplied by Court Clerk)

_____
Defendant(s)/Respondent(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, Reinaldo Cabello Acuna, declare that I am the (check appropriate box)
[✓] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [✓] Yes   [ ] No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration. __DLM Tulsa OK__
   Are you employed at the institution? __NO__  Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [✓] No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   [ ] Yes   [✓] No
   b. Rent payments, interest or dividends            [ ] Yes   [✓] No
   c. Pensions, annuities or life insurance payments  [ ] Yes   [✓] No
   d. Disability or workers compensation payments     [ ] Yes   [✓] No
   e. Gifts or inheritances                           [ ] Yes   [✓] No
   f. Any other sources                               [ ] Yes   [✓] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

___11-25-2019___               ___/s/ R. [signature]___
Date                                                            Signature of Applicant

**NOTICE TO PRISONER:** In addition to the foregoing statement of all assets, a prisoner seeking to proceed without prepayment of fees shall submit the attached "Statement of Institutional Accounts," completed and signed by an appropriate institutional officer. A prisoner is also required to attach a ledger sheet for each institutional account showing all receipts, expenditures, and balances for the last 6-month period.

STATEMENT OF INSTITUTIONAL ACCOUNTS

I hereby state that on __25__ day of __NovembER__, 20 __19__ this prisoner had $ __$0.26__ in his/her draw account and $ __0.00__ in his/her savings account.

A ledger sheet for this prisoner's trust account (or institutional equivalent) for the preceding six month period, or for the entire period of confinement if less than six months, is attached.

__11/25/19__
Date

__Josph Epritten__
Authorized Prison Official

__Inmate Account - Supervisor__
Title

*TCSO Inmate Accounts 11-25-19* (handwritten, signed)

# Simple Resident Transaction Details

Transactions From 4/19/2019 12:00 AM to 11/25/2019 11:59 PM
Checking

**1262024 : CABELLO ACUNA, REINALDO**

ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 1373021 | 11/12/2019 | BillPay | | | PAYMENT FOR TRANS 1373020 | -$6.84 | $0.26 |
| 1373020 | 11/12/2019 | Bill | $6.84 | $6.84 | Commissary : COMMISSARY 11/12/2019 REF:3460 | | $7.10 |
| 1354457 | 11/5/2019 | BillPay | | | PAYMENT FOR TRANS 1354456 | -$10.42 | $7.10 |
| 1354456 | 11/5/2019 | Bill | $10.42 | $10.42 | Commissary : COMMISSARY 11/5/2019 REF:3399 | | $17.52 |
| 1346164 | 11/1/2019 | CredPay | | | PAYMENT FOR TRANS 1346163 | $17.00 | $17.52 |
| 1346163 | 11/1/2019 | Credit | $17.00 | $17.00 | CSG Kiosk Deposits : Regent Customer Care | | $0.52 |
| 1334134 | 10/28/2019 | BillPay | | | PAYMENT FOR TRANS 1334133 | -$0.99 | $0.52 |
| 1334133 | 10/28/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $1.51 |
| 1332862 | 10/27/2019 | BillPay | | | PAYMENT FOR TRANS 1332861 | -$0.99 | $1.51 |
| 1332861 | 10/27/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $2.50 |
| 1332284 | 10/27/2019 | BillPay | | | PAYMENT FOR TRANS 1332283 | -$0.99 | $2.50 |
| 1332283 | 10/27/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $3.49 |
| 1330939 | 10/26/2019 | BillPay | | | PAYMENT FOR TRANS 1330938 | -$0.99 | $3.49 |
| 1330938 | 10/26/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $4.48 |
| 1330691 | 10/26/2019 | BillPay | | | PAYMENT FOR TRANS 1330690 | -$6.00 | $4.48 |

Printed 11/25/2019       Tulsa County Jail       Page 1 of 11

1262024 : CABELLO ACUNA, REINALDO
ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 1330690 | 10/26/2019 | Bill | $6.00 | $6.00 | Phone Debit Time : Phone time ordered through the Phone System | | $10.48 |
| 1328103 | 10/25/2019 | BillPay | | | PAYMENT FOR TRANS 1328102 | -$5.75 | $10.48 |
| 1328102 | 10/25/2019 | Bill | $5.75 | $5.75 | Commissary : COMMISSARY 10/25/2019 REF:3330 | | $16.23 |
| 1296420 | 10/22/2019 | BillPay | | | PAYMENT FOR TRANS 1296419 | -$0.99 | $16.23 |
| 1296419 | 10/22/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $17.22 |
| 1291494 | 10/21/2019 | BillPay | | | PAYMENT FOR TRANS 1291493 | -$0.99 | $17.22 |
| 1291493 | 10/21/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $18.21 |
| 1284965 | 10/18/2019 | BillPay | | | PAYMENT FOR TRANS 1284964 | -$12.10 | $18.21 |
| 1284964 | 10/18/2019 | Bill | $12.10 | $12.10 | Commissary : COMMISSARY 10/18/2019 REF:3281 | | $30.31 |
| 1260063 | 10/8/2019 | BillPay | | | PAYMENT FOR TRANS 1260062 | -$0.99 | $30.31 |
| 1260062 | 10/8/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $31.30 |
| 1258750 | 10/8/2019 | BillPay | | | PAYMENT FOR TRANS 1258749 | -$6.24 | $31.30 |
| 1258749 | 10/8/2019 | Bill | $6.24 | $6.24 | Commissary : COMMISSARY 10/8/2019 REF:3197 | | $37.54 |
| 1256382 | 10/7/2019 | BillPay | | | PAYMENT FOR TRANS 1256381 | -$0.99 | $37.54 |
| 1256381 | 10/7/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $38.53 |
| 1255517 | 10/7/2019 | CredPay | | | PAYMENT FOR TRANS 1255516 | $37.00 | $38.53 |
| 1255516 | 10/7/2019 | Credit | $37.00 | $37.00 | CSG Kiosk Deposits : Regent Customer Care | | $1.53 |
| 1235732 | 9/30/2019 | BillPay | | | PAYMENT FOR TRANS 1235731 | -$6.00 | $1.53 |
| 1235731 | 9/30/2019 | Bill | $6.00 | $6.00 | Phone Debit Time : Phone time ordered through the Phone System | | $7.53 |

# 1262024 : CABELLO ACUNA, REINALDO
## ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 1233179 | 9/29/2019 | BillPay | | $0.99 | PAYMENT FOR TRANS 1233178 | -$0.99 | $7.53 |
| 1233178 | 9/29/2019 | Bill | $0.99 | | Gold Pass Fees : Time Product Charge | | $8.52 |
| 1231078 | 9/28/2019 | BillPay | | $0.99 | PAYMENT FOR TRANS 1231077 | -$0.99 | $8.52 |
| 1231077 | 9/28/2019 | Bill | $0.99 | | Gold Pass Fees : Time Product Charge | | $9.51 |
| 1210404 | 9/20/2019 | BillPay | | $0.99 | PAYMENT FOR TRANS 1210403 | -$0.99 | $9.51 |
| 1210403 | 9/20/2019 | Bill | $0.99 | | Gold Pass Fees : Time Product Charge | | $10.50 |
| 1209114 | 9/20/2019 | BillPay | | $0.99 | PAYMENT FOR TRANS 1209113 | -$0.99 | $10.50 |
| 1209113 | 9/20/2019 | Bill | $9.39 | | Commissary : COMMISSARY 9/20/2019 REF:3057 | | $19.89 |
| 1202054 | 9/17/2019 | BillPay | | $9.39 | PAYMENT FOR TRANS 1202053 | -$9.39 | $19.89 |
| 1202053 | 9/17/2019 | Bill | $0.99 | | Gold Pass Fees : Time Product Charge | | $20.88 |
| 1201326 | 9/17/2019 | BillPay | | $0.99 | PAYMENT FOR TRANS 1201325 | -$0.99 | $20.88 |
| 1201325 | 9/17/2019 | Bill | $0.99 | | Gold Pass Fees : Time Product Charge | | $21.87 |
| 1200335 | 9/17/2019 | BillPay | | $0.99 | PAYMENT FOR TRANS 1200334 | -$0.99 | $21.87 |
| 1200334 | 9/17/2019 | Bill | $11.01 | | Commissary : COMMISSARY 9/17/2019 REF:3031 | | $32.88 |
| 1197880 | 9/16/2019 | BillPay | | $11.01 | PAYMENT FOR TRANS 1197879 | -$11.01 | $32.88 |
| 1197879 | 9/16/2019 | Bill | $0.99 | | Gold Pass Fees : Time Product Charge | | $33.87 |
| 1191811 | 9/13/2019 | BillPay | | $0.99 | PAYMENT FOR TRANS 1191810 | -$0.99 | $33.87 |
| 1191810 | 9/13/2019 | Bill | $0.99 | | Gold Pass Fees : Time Product Charge | | $34.86 |
| 1190692 | 9/13/2019 | CredPay | | $0.99 | PAYMENT FOR TRANS 1190691 | -$0.99 | $34.86 |
| 1190691 | 9/13/2019 | Credit | | $17.00 | CSG Kiosk Deposits : Regent Customer Care | $17.00 | $17.86 |

# 1262024 : CABELLO ACUNA, REINALDO
## ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 1190688 | 9/13/2019 | CredPay | | | PAYMENT FOR TRANS 1190687 | $17.00 | $17.86 |
| 1190687 | 9/13/2019 | Credit | $17.00 | $17.00 | CSG Kiosk Deposits : Regent Customer Care | | $0.86 |
| 1121252 | 8/20/2019 | BillPay | | | PAYMENT FOR TRANS 1121251 | -$17.48 | $0.86 |
| 1121251 | 8/20/2019 | Bill | $17.48 | $17.48 | Commissary : COMMISSARY 8/20/2019 REF:2814 | | $18.34 |
| 1113844 | 8/17/2019 | BillPay | | | PAYMENT FOR TRANS 1113843 | -$0.99 | $18.34 |
| 1113843 | 8/17/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $19.33 |
| 1109415 | 8/16/2019 | BillPay | | | PAYMENT FOR TRANS 1109414 | -$19.86 | $19.33 |
| 1109414 | 8/16/2019 | Bill | $19.86 | $19.86 | Commissary : COMMISSARY 8/16/2019 REF:2778 | | $39.19 |
| 1100849 | 8/13/2019 | BillPay | | | PAYMENT FOR TRANS 1100848 | -$50.47 | $39.19 |
| 1100848 | 8/13/2019 | Bill | $50.47 | $50.47 | Commissary : COMMISSARY 8/13/2019 REF:2754 | | $89.66 |
| 1091386 | 8/9/2019 | BillPay | | | PAYMENT FOR TRANS 1091385 | -$6.00 | $89.66 |
| 1091385 | 8/9/2019 | Bill | $6.00 | $6.00 | Phone Debit Time : Phone time ordered through the Phone System | | $95.66 |
| 1091186 | 8/9/2019 | BillPay | | | PAYMENT FOR TRANS 1091185 | -$0.99 | $95.66 |
| 1091185 | 8/9/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $96.65 |
| 1090943 | 8/9/2019 | BillPay | | | PAYMENT FOR TRANS 1090942 | -$0.99 | $96.65 |
| 1090942 | 8/9/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $97.64 |
| 1090497 | 8/9/2019 | CredPay | | | PAYMENT FOR TRANS 1090496 | $97.00 | $97.64 |
| 1090496 | 8/9/2019 | Credit | $97.00 | $97.00 | CSG Kiosk Deposits : Regent Customer Care | | $0.64 |
| 1078798 | 8/6/2019 | BillPay | | | PAYMENT FOR TRANS 1078797 | -$1.19 | $0.64 |

# 1262024 : CABELLO ACUNA, REINALDO
## ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 1078797 | 8/6/2019 | Bill | $1.19 | $1.19 | Commissary : COMMISSARY 8/6/2019 REF:2697 | | $1.83 |
| 1064929 | 8/2/2019 | BillPay | | | PAYMENT FOR TRANS 1064928 | -$8.28 | $1.83 |
| 1064928 | 8/2/2019 | Bill | $8.28 | $8.28 | Commissary : COMMISSARY 8/2/2019 REF:2665 | | $10.11 |
| 1044608 | 7/26/2019 | BillPay | | | PAYMENT FOR TRANS 1044607 | -$10.42 | $10.11 |
| 1044607 | 7/26/2019 | Bill | $10.42 | $10.42 | Commissary : COMMISSARY 7/26/2019 REF:2608 | | $20.53 |
| 1038976 | 7/24/2019 | BillPay | | | PAYMENT FOR TRANS 1038975 | -$0.99 | $20.53 |
| 1038975 | 7/24/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $21.52 |
| 1038849 | 7/24/2019 | BillPay | | | PAYMENT FOR TRANS 1038848 | -$0.99 | $21.52 |
| 1038848 | 7/24/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $22.51 |
| 1035650 | 7/23/2019 | BillPay | | | PAYMENT FOR TRANS 1035649 | -$22.90 | $22.51 |
| 1035649 | 7/23/2019 | Bill | $22.90 | $22.90 | Commissary : COMMISSARY 7/23/2019 REF:2579 | | $45.41 |
| 1029627 | 7/21/2019 | BillPay | | | PAYMENT FOR TRANS 1029626 | -$0.99 | $45.41 |
| 1029626 | 7/21/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $46.40 |
| 1029520 | 7/21/2019 | BillPay | | | PAYMENT FOR TRANS 1029519 | -$0.99 | $46.40 |
| 1029519 | 7/21/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $47.39 |
| 1027642 | 7/20/2019 | BillPay | | | PAYMENT FOR TRANS 1027641 | -$0.99 | $47.39 |
| 1027641 | 7/20/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $48.38 |
| 1026084 | 7/19/2019 | BillPay | | | PAYMENT FOR TRANS 1026083 | -$0.99 | $48.38 |
| 1026083 | 7/19/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $49.37 |
| 1025923 | 7/19/2019 | BillPay | | | PAYMENT FOR TRANS 1025922 | -$0.99 | $49.37 |

# 1262024 : CABELLO ACUNA, REINALDO
## ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 1025922 | 7/19/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $50.36 |
| 1025161 | 7/19/2019 | CredPay | | | PAYMENT FOR TRANS 1025160 | $17.00 | $50.36 |
| 1025160 | 7/19/2019 | Credit | $17.00 | $17.00 | CSG Kiosk Deposits : Regent Customer Care | | $33.36 |
| 1024976 | 7/19/2019 | BillPay | | | PAYMENT FOR TRANS 1024975 | -$23.83 | $33.36 |
| 1024975 | 7/19/2019 | Bill | $23.83 | $23.83 | Commissary : COMMISSARY 7/19/2019 REF:2549 | | $57.19 |
| 1021401 | 7/18/2019 | BillPay | | | PAYMENT FOR TRANS 1021400 | -$0.99 | $57.19 |
| 1021400 | 7/18/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $58.18 |
| 1021208 | 7/18/2019 | BillPay | | | PAYMENT FOR TRANS 1021207 | -$0.99 | $58.18 |
| 1021207 | 7/18/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $59.17 |
| 1020434 | 7/18/2019 | CredPay | | | PAYMENT FOR TRANS 1020433 | $27.00 | $59.17 |
| 1020433 | 7/18/2019 | Credit | $27.00 | $27.00 | CSG Kiosk Deposits : Regent Customer Care | | $32.17 |
| 1016597 | 7/16/2019 | BillPay | | | PAYMENT FOR TRANS 1016596 | -$0.99 | $32.17 |
| 1016596 | 7/16/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $33.16 |
| 1015083 | 7/16/2019 | BillPay | | | PAYMENT FOR TRANS 1015082 | -$15.19 | $33.16 |
| 1015082 | 7/16/2019 | Bill | $15.19 | $15.19 | Commissary : COMMISSARY 7/16/2019 REF:2521 | | $48.35 |
| 1012422 | 7/15/2019 | BillPay | | | PAYMENT FOR TRANS 1012421 | -$0.99 | $48.35 |
| 1012421 | 7/15/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $49.34 |
| 1007379 | 7/13/2019 | BillPay | | | PAYMENT FOR TRANS 1007378 | -$0.99 | $49.34 |
| 1007378 | 7/13/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $50.33 |
| 1005953 | 7/12/2019 | BillPay | | | PAYMENT FOR TRANS 1005952 | -$0.99 | $50.33 |

# 1262024 : CABELLO ACUNA, REINALDO
## ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 1005952 | 7/12/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $51.32 |
| 1005318 | 7/12/2019 | BillPay | | | PAYMENT FOR TRANS 1005317 | -$0.99 | $51.32 |
| 1005317 | 7/12/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $52.31 |
| 1003983 | 7/12/2019 | BillPay | | | PAYMENT FOR TRANS 1003982 | -$15.73 | $52.31 |
| 1003982 | 7/12/2019 | Bill | $15.73 | $15.73 | Commissary : COMMISSARY 7/12/2019 REF:2494 | | $68.04 |
| 1001592 | 7/11/2019 | CredPay | | | PAYMENT FOR TRANS 1001591 | $50.00 | $68.04 |
| 1001591 | 7/11/2019 | Credit | $50.00 | $50.00 | CSG Kiosk Deposits : Regent Customer Care | | $18.04 |
| 1000365 | 7/11/2019 | BillPay | | | PAYMENT FOR TRANS 1000364 | -$0.99 | $18.04 |
| 1000364 | 7/11/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $19.03 |
| 998575 | 7/10/2019 | BillPay | | | PAYMENT FOR TRANS 998574 | -$0.99 | $19.03 |
| 998574 | 7/10/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $20.02 |
| 994506 | 7/9/2019 | BillPay | | | PAYMENT FOR TRANS 994505 | -$8.79 | $20.02 |
| 994505 | 7/9/2019 | Bill | $8.79 | $8.79 | Commissary : COMMISSARY 7/9/2019 REF:2468 | | $28.81 |
| 991141 | 7/8/2019 | BillPay | | | PAYMENT FOR TRANS 991140 | -$0.99 | $28.81 |
| 991140 | 7/8/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $29.80 |
| 986319 | 7/6/2019 | BillPay | | | PAYMENT FOR TRANS 986318 | -$0.99 | $29.80 |
| 986318 | 7/6/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $30.79 |
| 973395 | 7/2/2019 | BillPay | | | PAYMENT FOR TRANS 973394 | -$0.99 | $30.79 |
| 973394 | 7/2/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $31.78 |
| 972431 | 7/2/2019 | BillPay | | | PAYMENT FOR TRANS 972430 | -$7.80 | $31.78 |

# 1262024 : CABELLO ACUNA, REINALDO
## ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 972430 | 7/2/2019 | Bill | $7.80 | $7.80 | Commissary : COMMISSARY 7/2/2019 REF:2414 | | $39.58 |
| 969531 | 7/1/2019 | BillPay | | | PAYMENT FOR TRANS 969530 | -$0.99 | $39.58 |
| 969530 | 7/1/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $40.57 |
| 964203 | 6/29/2019 | BillPay | | | PAYMENT FOR TRANS 964202 | -$0.99 | $40.57 |
| 964202 | 6/29/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $41.56 |
| 960669 | 6/28/2019 | BillPay | | | PAYMENT FOR TRANS 960668 | -$8.79 | $41.56 |
| 960668 | 6/28/2019 | Bill | $8.79 | $8.79 | Commissary : COMMISSARY 6/28/2019 REF:2383 | | $50.35 |
| 953744 | 6/25/2019 | BillPay | | | PAYMENT FOR TRANS 953743 | -$0.99 | $50.35 |
| 953743 | 6/25/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $51.34 |
| 949451 | 6/24/2019 | BillPay | | | PAYMENT FOR TRANS 949450 | -$0.99 | $51.34 |
| 949450 | 6/24/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $52.33 |
| 948155 | 6/24/2019 | BillPay | | | PAYMENT FOR TRANS 948154 | -$13.62 | $52.33 |
| 948154 | 6/24/2019 | Bill | $13.62 | $13.62 | Commissary : COMMISSARY 6/24/2019 REF:2345 | | $65.95 |
| 946412 | 6/23/2019 | BillPay | | | PAYMENT FOR TRANS 946411 | -$0.99 | $65.95 |
| 946411 | 6/23/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $66.94 |
| 945720 | 6/23/2019 | BillPay | | | PAYMENT FOR TRANS 945719 | -$0.99 | $66.94 |
| 945719 | 6/23/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $67.93 |
| 944066 | 6/22/2019 | BillPay | | | PAYMENT FOR TRANS 944065 | -$0.99 | $67.93 |
| 944065 | 6/22/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $68.92 |
| 943914 | 6/22/2019 | BillPay | | | PAYMENT FOR TRANS 943913 | -$0.99 | $68.92 |

# 1262024 : CABELLO ACUNA, REINALDO
## ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 943913 | 6/22/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $69.91 |
| 943708 | 6/22/2019 | BillPay | | | PAYMENT FOR TRANS 943707 | -$0.99 | $69.91 |
| 943707 | 6/22/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $70.90 |
| 941865 | 6/21/2019 | BillPay | | | PAYMENT FOR TRANS 941864 | -$6.00 | $70.90 |
| 941864 | 6/21/2019 | Bill | $6.00 | $6.00 | Phone Debit Time : Phone time ordered through the Phone System | | $76.90 |
| 938031 | 6/20/2019 | BillPay | | | PAYMENT FOR TRANS 938030 | -$0.99 | $76.90 |
| 938030 | 6/20/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $77.89 |
| 934785 | 6/19/2019 | BillPay | | | PAYMENT FOR TRANS 934784 | -$0.99 | $77.89 |
| 934784 | 6/19/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $78.88 |
| 932898 | 6/18/2019 | BillPay | | | PAYMENT FOR TRANS 932897 | -$0.99 | $78.88 |
| 932897 | 6/18/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $79.87 |
| 931888 | 6/18/2019 | BillPay | | | PAYMENT FOR TRANS 931887 | -$8.19 | $79.87 |
| 931887 | 6/18/2019 | Bill | $8.19 | $8.19 | Commissary : COMMISSARY 6/18/2019 REF:2301 | | $88.06 |
| 929201 | 6/17/2019 | BillPay | | | PAYMENT FOR TRANS 929200 | -$0.99 | $88.06 |
| 929200 | 6/17/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $89.05 |
| 927360 | 6/17/2019 | BillPay | | | PAYMENT FOR TRANS 927359 | -$0.99 | $89.05 |
| 927359 | 6/17/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $90.04 |
| 926650 | 6/16/2019 | BillPay | | | PAYMENT FOR TRANS 926649 | -$0.99 | $90.04 |
| 926649 | 6/16/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $91.03 |

# 1262024 : CABELLO ACUNA, REINALDO
## ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 926505 | 6/16/2019 | BillPay | | | PAYMENT FOR TRANS 926504 | -$0.99 | $91.03 |
| 926504 | 6/16/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $92.02 |
| 924679 | 6/15/2019 | BillPay | | | PAYMENT FOR TRANS 924678 | -$0.99 | $92.02 |
| 924678 | 6/15/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $93.01 |
| 924397 | 6/15/2019 | BillPay | | | PAYMENT FOR TRANS 924396 | -$0.99 | $93.01 |
| 924396 | 6/15/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $94.00 |
| 923998 | 6/15/2019 | BillPay | | | PAYMENT FOR TRANS 923997 | -$0.99 | $94.00 |
| 923997 | 6/15/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $94.99 |
| 922785 | 6/14/2019 | BillPay | | | PAYMENT FOR TRANS 922784 | -$0.99 | $94.99 |
| 922784 | 6/14/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $95.98 |
| 921900 | 6/14/2019 | BillPay | | | PAYMENT FOR TRANS 921899 | -$0.99 | $95.98 |
| 921899 | 6/14/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $96.97 |
| 911094 | 6/11/2019 | BillPay | | | PAYMENT FOR TRANS 911093 | -$22.93 | $96.97 |
| 911093 | 6/11/2019 | Bill | $22.93 | $22.93 | Commissary : COMMISSARY 6/11/2019 REF:2254 | | $119.90 |
| 889008 | 6/4/2019 | BillPay | | | PAYMENT FOR TRANS 889007 | -$15.13 | $119.90 |
| 889007 | 6/4/2019 | Bill | $15.13 | $15.13 | Commissary : COMMISSARY 6/4/2019 REF:2207 | | $135.03 |
| 826293 | 5/14/2019 | BillPay | | | PAYMENT FOR TRANS 826292 | -$11.29 | $135.03 |
| 826292 | 5/14/2019 | Bill | $11.29 | $11.29 | Commissary : COMMISSARY 5/14/2019 REF:2064 | | $146.32 |
| 815023 | 5/10/2019 | BillPay | | | PAYMENT FOR TRANS 815022 | -$5.59 | $146.32 |
| 815022 | 5/10/2019 | Bill | $5.59 | $5.59 | Commissary : COMMISSARY 5/10/2019 REF:2041 | | $151.91 |

# 1262024 : CABELLO ACUNA, REINALDO
## ICE J9 H 2

Main Balance: $0.26

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Main Balance |
|---|---|---|---|---|---|---|---|
| 805805 | 5/7/2019 | BillPay | | | PAYMENT FOR TRANS 805804 | -$1.94 | $151.91 |
| 805804 | 5/7/2019 | Bill | $1.94 | $1.94 | Commissary : COMMISSARY 5/7/2019 REF:2010 | | $153.85 |
| 774281 | 4/26/2019 | BillPay | | | PAYMENT FOR TRANS 774280 | -$16.82 | $153.85 |
| 774280 | 4/26/2019 | Bill | $16.82 | $16.82 | Commissary : COMMISSARY 4/26/2019 REF:1923 | | $170.67 |
| 771746 | 4/25/2019 | BillPay | | | PAYMENT FOR TRANS 771745 | -$0.99 | $170.67 |
| 771745 | 4/25/2019 | Bill | $0.99 | $0.99 | Gold Pass Fees : Time Product Charge | | $171.66 |
| 760218 | 4/22/2019 | BillPay | | | PAYMENT FOR TRANS 760217 | -$15.30 | $171.66 |
| 760217 | 4/22/2019 | Bill | $15.30 | $15.30 | Commissary : COMMISSARY 4/22/2019 REF:1876 | | $186.96 |
| 758037 | 4/21/2019 | BillPay | | | PAYMENT FOR TRANS 758036 | -$11.00 | $186.96 |
| 758036 | 4/21/2019 | Bill | $11.00 | $11.00 | Phone Debit Time : Phone time ordered through the Phone System | | $197.96 |
| 754762 | 4/19/2019 | Add | | | Check# 22597 RECEIVED AT INTAKE | $197.96 | $197.96 |
| 754739 | 4/19/2019 | Open | | | OPENING ACCOUNT | $0.00 | $0.00 |